IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
ELKINS

**ROCKY DOUGLAS IDLEMAN,**

          **Plaintiff,**

v.                                                        **Civil Action No. 2:19-CV-43**
                                                                   **(JUDGE KLEEH)**

**UNITED STATES OF AMERICA,**

          **Defendant.**

## REPORT AND RECOMMENDATION RECOMMENDING THIS ACTION BE DISMISSED FOR FAILURE TO PROSECUTE

On September 25, 2019, the *pro se* Plaintiff, an inmate then-incarcerated at Victorville U.S. Penitentiary in Adelanto, California, filed a Complaint/Petition for Return of Property against the United States of America. (ECF No. 1). On September 26, 2019, the Clerk of Court sent Plaintiff a Notice of General Guidelines for Appearing Pro Se in Federal Court (ECF No. 2) and a Notice of Deficient Pleading (ECF No. 3). The Notice of Deficient Pleading informed the Plaintiff that he needed to file with the Court an application to proceed *in forma pauperis* without repayment of the full or partial filing fees or a fee of $400.00, a Consent to Collect Fees from Trust Account form, a Prisoner Trust Account Report, and Ledger Sheets. (ECF No. 3). The Court would note that the application to proceed *in forma pauperis*, the Consent to Collect Fees from Trust Account form, and the Prisoner Trust Account Report form were included with the Notice of Deficient Pleading. (ECF No. 3-1, 2, & 3).

The Notice of Deficient Pleading required Plaintiff to file the necessary items with the Court no later than twenty-one (21) days from receipt of the Notice. The Notice further warned Plaintiff that his failure to file the items indicated within twenty-one days from the date of the

1

Notice would result in dismissal of his case for failure to prosecute under Federal Rule of Civil Procedure 41(b). (ECF No. 3 at 1)

On October 8, 2019, a Return Receipt for the Notice of General Guidelines for Appearing Pro Se in Federal Court and the Notice of Deficient Pleading was filed with the Court (ECF No. 4) indicating Plaintiff received the Notice. Accordingly, Plaintiff was required to file the necessary documents as detailed in the Notice of Deficient Pleading no later than twenty-one (21) days after October 8, 2019. To date, the Court has received no response from Plaintiff.

Accordingly, on April 1, 2020, the undersigned entered an Order to Show Cause (ECF No. 5) directing Plaintiff to show cause, if any, why this action should not be dismissed for failure to prosecute. The Court directed Plaintiff to respond within fourteen (14) days of his receipt of the Order. (ECF No. 5 at 2). The Court again warned Plaintiff in the Order that failure to respond would result in dismissal of this case. (ECF No. 5 at 2). On April 14, 2020, the Court received a Return Receipt indicating service had been accepted and the Plaintiff had received the undersigned's Order to Show Cause on April 6, 2020. (ECF No. 6). As a result, Plaintiff had fourteen days (14) from the date of receipt of the Order (April 6, 2020) to respond. Plaintiff's allotted time to respond to the Order to Show Cause expired on April 20, 2020. To date, the Court has received no response or filing of any kind from Plaintiff.

Accordingly, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the undersigned **RECOMMENDS** that the Complaint/petition (ECF No. 1) be **DISMISSED WITHOUT PREJUDICE** for the failure to prosecute.

Any party shall, within fourteen (14) days after being served with a copy of this Report and Recommendation, file with the Clerk of the Court **specific written objections identifying the portions of the Report and Recommendation to which objection is made, and the basis for**

**such objection.** A copy of such objections should also be submitted to the Honorable Thomas S. Kleeh, United States District Judge. Objections shall not exceed ten (10) typewritten pages or twenty (20) handwritten pages, including exhibits, unless accompanied by a motion for leave to exceed the page limitations, consistent with LR PL P 12.

**Failure to timely file written objections to the Report and Recommendation as set forth above shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals.** Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Court **DIRECTS** the Clerk of the Court to provide a copy of this Report and Recommendation to the *pro se* Plaintiff via certified mail, return receipt requested, at his last known address on the docket and all counsel of record, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

Respectfully submitted on Tuesday, April 28, 2020

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE